RECEIVED
IN LAKE CHARLES, LA

JAN 18 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILLIAM LAGNION** | : | **DOCKET NO. 05-1031** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **U S OIL CORP. AND DINESH A. SHUKLA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Pursuant to the memorandum ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc. #8) is hereby **GRANTED** dismissing with prejudice, defendant, Dinesh A. Shukla.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the request for oral arguments (doc. #10) is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of January, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE