# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| WILLIAM LAGNION | : | DOCKET NO. 05-1031 |
| --- | --- | --- |
| VS. | : | JUDGE TRIMBLE |
| DENISH A. SHUKLA, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with today's memorandum ruling,

IT IS ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby entered in favor of defendant, USOIL CORPORATION, and against plaintiff, WILLIAM LAGNION, dismissing with prejudice plaintiff's claims in their entirety.

IT IS FURTHER ORDERED that defendant, USOIL CORPORATION's counterclaim, be, and it is hereby DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19th day of June, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE